

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00328-CR

Carlos Omar Martinez **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 05-CRS-324
Honorable Alex William Gabert, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to February 2, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court